THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEVE L. ANTON, a/k/a STEPHAN L. ANTON, a/k/a STEPHEN L. ANTON, Defendant-Appellant.

(No. 58896;

First District (3rd Division)—March 6, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

No appearance for the People.